# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-60623
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 5, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARTIN DEL CASTILLO-BARRON,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:

Martin Del Castillo-Barron was convicted of illegal reentry of a previously deported aggravated felon in violation of 8 U.S.C. § 1326(a)(2) and (b)(2). He was found in the United States during the course of a traffic stop when a police officer learned that occupants of the stopped vehicle, including Del Castillo-Barron, were not United States citizens and possessed no documents authorizing their presence in the country.

On appeal, Del Castillo-Barron argues that the district court erred in denying his motion to suppress evidence obtained following the traffic stop. In support of his argument, Del Castillo-Barron contends that the officer conducting the stop exceeded his jurisdiction under Mississippi state law

No. 15-60623

because the stop occurred at a location where the officer lacked authority to act.

The relevant question is whether the officer, in conducting the traffic stop, violated the Fourth Amendment. *See United States v. Walker*, 960 F.2d 409, 415 (5th Cir. 1992). Issues regarding local law-enforcement jurisdiction do not govern in a federal criminal action. *Id.*; *United States v. Hernandez-Acuna*, 202 F. App'x 736, 744 (5th Cir. 2006). Del Castillo-Barron does not challenge the district court's finding that the traffic stop conformed with the standard set forth in *Terry v. Ohio*, 392 U.S. 1 (1968). The district court, therefore, properly denied the motion to suppress.

AFFIRMED.